In re Carlos J. Pérez Santiago.

*Número:* O-85-143          *Resuelto:* 5 de noviembre de 1993

*Carlos J. Pérez Santiago, pro se; José Ángel Cangiano*, abogado del peticionario.

### RESOLUCIÓN

Examinado el Escrito de 7 de octubre de 1993 presentado por el Lcdo. Carlos J. Pérez Santiago que solicitaba su reinstalación al ejercicio de la abogacía, el Tribunal, no obstante las expresiones equivocadas y desafortunadas in-

cluidas por este letrado en su escrito, lo reinstala efectivo el 1ro de octubre al ejercicio de la profesión legal.

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*